# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **KERRI RONLI WHITLOCK,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CASE NO. 8:23-CV-01194-WFJ-UAM<br>) |
| **MED-TRANS CORPORATION,** | )<br>)<br>) |
| Defendant. | )<br>) |

## DEFENDANT'S NOTICE OF SETTLEMENT

Defendant, MED-TRANS CORPORATION, hereby gives notice that the above-styled lawsuit has been settled.

DATED this 9th day of May, 2024.

        Respectfully submitted by:

        **JACKSON LEWIS P.C.**

        */s/ Amy K. Recla*
        **AMY K. RECLA**
        **Lead Trial Counsel**
        Florida Bar Number: 102811
        E-mail: amy.recla@jacksonlewis.com
        E-mail: shelly.rundell@jacksonlewis.com

        Wells Fargo Center
        100 S. Ashley Drive, Suite 2200
        Tampa, Florida 33602

                Telephone: 813-512-3210
                Facsimile: 813-512-3211

*Attorney for Defendant Med-Trans Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy furnished by email to Warren James Pearson, JD, Independent Co-Counsel with Marble Law, 3562 Four Oaks Blvd, Tallahassee, FL 32311; warpear@gmail.com.

                */s/ Amy K. Recla*
                Amy K. Recla

4856-5588-2165, v. 1